HENRY MAH, JR. v. FRANCIS PERILLO.

July 10, 1985.

Petition for certification denied.

CENTRAL STEEL DRUM COMPANY v. GOLD
COOPERAGE, INC.

July 10, 1985.

Petition for certification denied.   (See 200 *N.J.Super.* 251)

JACK HARPER v. JOSEPH CANNON.

July 10, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. LUIS CORDERO.

July 10, 1985.

Petition for certification denied.